[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-12977
Non-Argument Calendar

_____

D.C. Docket No. 7:02-cr-00018-HL-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEFFERY KEON WHITE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(April 20, 2021)

Before NEWSOM, LAGOA and ANDERSON, Circuit Judges.

PER CURIAM:

Jared Westbroek, appointed counsel for Jeffery White in this non-direct

criminal appeal, has moved to withdraw from further representation of White and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that Westbroek's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, Westbroek's motion to withdraw is **GRANTED**, and the district court's denial of White's motion for relief under the First Step Act of 2018, Pub. L. No. 115-391, § 404(b), 132 Stat. 5194, 5222 is **AFFIRMED**.